# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROWNLOW, | NO. CV 06-7389 AHM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LEROY D. BACA, Sheriff, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 19, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**